### Wabash Railroad Company v. A. V. Burch.

This case is controlled by the decision in Wabash Railroad Co. v. Smith, *ante*, p. 574.

Assumpsit. Appeal from the Circuit Court of Macon county; the Hon. W. C. JOHNS, Judge, presiding. Heard in this court at the November term, 1906. Affirmed. Opinion filed June 1, 1907.

HUGH CREA and HUGH W. HOUSUM, for appellant; C. N. TRAVOUS, of counsel.

LEFORGEE & VAIL, for appellee.

PER CURIAM. The questions involved in this case are practically identical with those discussed in the case of Wabash Railroad Company v. E. D. Smith, for the use of John L. Bennett, *ante*, p. 574.

The holdings announced in that case are decisive of this case, and the judgment in favor of appellee and against appellant in the sum of $54.05 is affirmed.

*Affirmed.*